Filippo Marchino, Esq. (SBN 256011)
FM@XLAWX.com
Carlos X. Colorado, Esq. (SBN 231031)
CC@XLAWX.com
Thomas E. Gray, Esq. (SBN 299898)
TG@XLAWX.com
**THE X-LAW GROUP, P.C.**
625 Fair Oaks Ave, Suite 390
South Pasadena, CA 91030
Tel: (213) 599-3380
Fax: (213) 599-3370

Class Liaison Counsel and Attorneys for Plaintiffs Frankie Lomas, Roxanda Yancor, Jose Alvarado, and Maria Alvarado Individually and on Behalf of All Others Similarly Situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Delta Air Lines, Inc. | Lead Case No. LA CV20-00786 JAK (SKx) |
| FRANKIE LOMAS, ROXANDA YANCOR, JOSE ALVARADO, and MARIA ALVARADO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>DELTA AIR LINES, INC. a Delaware Corporation<br><br>Defendant. | Consolidated Case No. LA CV20-00786 JAK (SKx)<br><br>**[PROPOSED] ORDER GRANTING CLASS PLAINTIFFS' AND DELTA AIR LINES, INC.'S JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

# [PROPOSED] ORDER

The Court, having duly considered Class Plaintiffs' and Delta Air Lines, Inc.'s Joint Motion for Preliminary Approval of Class Action Settlement, hereby ORDERS as follows:

The motion is GRANTED.

- The Parties' Settlement is preliminary approved.
- The proposed notice program in the Settlement including the proposed forms of notice, is approved. Notice is to be disseminated pursuant to such notice program and Fed. R. Civ. P. 23(e)(1).
- Verita Global, LLC is appointed and directed to carry out the duties and responsibilities of the Settlement Administrator specified in the Settlement.
- The Court preliminarily vacates the Court's October 27, 2023 Order Re Defendant's Motion for Summary Judgment on the Federal Standard of Care (Dkts. 602, 603).
- The Court sets the following dates and deadlines:

2

[PROPOSED] ORDER GRANTING CLASS PLAINTIFFS' AND DELTA AIR LINES, INC.'S JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

| Class Notice to be Provided | October 20, 2025 (21 days after Preliminary Approval) |
|---|---|
| Last day to file Objections and Opt-outs, and to postmark completed claims forms | December 19, 2025 (60 days after Class Notice to be Provided) |
| Last day for Plaintiffs to File Motion for Final Approval of Settlement and for Class Counsel to file Motion for Final Approval of Fees and Expenses and for Service Awards | February 2nd, 2026 (90 days post 10/20 PLUS 15 days requested by Verita – Verita data due 1/19) |
| Last day to file oppositions to Final Approval, Attorneys' Fees and Expenses and for Service Awards | February 9th, 2026 |
| Last day to file replies in support of Final Approval, Attorneys' Fees and Expenses and for Service Awards | February 16th, 2026 |
| Final Approval Hearing | March 2nd, 2026 |

[PROPOSED] ORDER GRANTING CLASS PLAINTIFFS' AND DELTA AIR LINES, INC.'S JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

**IT IS SO ORDERED.**

DATED:_____

_____
The Honorable John A. Kronstadt

[PROPOSED] ORDER GRANTING CLASS PLAINTIFFS' AND DELTA AIR LINES, INC.'S JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT